**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SARAH ADAMS,**

        **Plaintiff,**

-vs-                                      **Case No.  6:11-cv-460-Orl-31DAB**

**CASUAL RESTAURANT CONCEPTS, INC.,**

        **Defendant.**
_____

## ORDER

This cause comes before the Court on the Joint Motion for Approval of Settlement (Doc. No. 17) filed June 14, 2011.

On June 16, 2011, the United States Magistrate Judge issued an order and report (Doc. No. 18) recommending that the motion be granted if counsel for the plaintiff certified that he is not seeking any compensation from Plaintiff out of her recovery.  A joint supplement was filed (Doc. No. 19) stating that Plaintiff will receive her full damages as stated in the motion.  Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Joint Motion for Approval of Settlement is **GRANTED**.  The settlement is approved as a "fair and reasonable resolution of a bonafide dispute" over FLSA issues.

3. The case is **DISMISSED** with prejudice.  The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on this 13th day of July, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE